1

2

3                          UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5                                       * * *

6    JOSE NUNEZ-GONZALEZ,                      Case No. 3:24-cv-00531-MMD-CLB

7                          Plaintiff,                         ORDER

8          v.

     CLICK BOND, INC.,
9
                           Defendants.
10

11         Pro se Plaintiff Jose Nunez-Gonzalez sued his former employer, Defendant Click

12   Bond, Inc., for discrimination and a hostile work environment in violation of federal law.

13   (ECF No. 3-1.) Before the Court is the Report and Recommendation ("R&R") of United

14   States Magistrate Judge Carla Baldwin (ECF No. 5), recommending that the Court grant

15   Plaintiff's application to proceed *in forma pauperis* (ECF No. 3 ("IFP Application")),

16   dismiss Plaintiff's discrimination claim without prejudice but grant him leave to amend,

17   and, regardless of whether he chooses to file an amended complaint, permit Plaintiff to

18   proceed on his hostile work environment claim. To date, no objections to the R&R have

19   been filed. However, Plaintiff filed a motion for leave to file an amended complaint

20   consistent with the R&R without attaching a copy of the proposed pleading to it in violation

21   of LR 15-1. (ECF No. 7.) Because there is no objection, and as further explained below,

22   the Court will adopt the R&R. The Court will also give Plaintiff more time to file an

23   amended complaint that addresses the deficiencies with his discrimination claim identified

24   in the R&R after denying his noncompliant motion for leave to amend without prejudice.

25         Because there is no objection, the Court need not conduct de novo review, and is

26   satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328

27   F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

28   recommendations is required if, but *only* if, one or both parties file objections to the

1    findings and recommendations." (emphasis in original)). Judge Baldwin first recommends

2    granting Plaintiff's IFP Application because the information he submitted indicates he

3    cannot pay the filing fee. (ECF No. 5 at 2.) Judge Baldwin then recommends the Court

4    give Plaintiff an opportunity to amend his discrimination claim because while his factual

5    allegations could plausibly support one, he does not sufficiently allege an adverse

6    employment action or the causation element of that claim. (*Id.* at 5-6.) However, Judge

7    Baldwin recommends the Court permit his hostile work environment claim to proceed. (*Id.*

8    at 6.) Having reviewed the R&R, Judge Baldwin did not clearly err.

9        As noted, however, Plaintiff also filed a motion for leave to file an amended

10   complaint consistent with the R&R before the R&R's objection period lapsed. (ECF No.

11   7.) In it, Plaintiff says he carefully reviewed Judge Baldwin's recommendations "and seeks

12   to address those identified deficiencies through this amended complaint." (*Id.* at 1.)

13   However, Plaintiff did not attach an amended complaint to his motion. His failure to do so

14   both renders the motion noncompliant with LR 15-1 (which requires he attach the

15   proposed pleading) and difficult to evaluate—because the Court cannot see if his

16   proposed, amended complaint addresses the deficiencies Judge Baldwin identified with

17   his discrimination claim. The Court accordingly denies Plaintiff's motion without prejudice

18   to him refiling an amended complaint consistent with the R&R within 30 days of the date

19   of entry of this order.[1]

20       It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF

21   No. 5) is accepted and adopted in full.

22       It is further ordered that Plaintiff's IFP Application (ECF No. 3) is granted.

23       The Clerk of Court is directed to file Plaintiff's Complaint (ECF No. 3-1) but not

24   issue summons yet.

25       It is further ordered that Plaintiff's discrimination claim is dismissed with leave to

26   amend consistent with the R&R within 30 days.

27

28       [1]To be clear, Plaintiff does not have to file another motion requesting leave to amend. He must simply file an amended complaint that addresses the deficiencies identified in the R&R within 30 days.

1    It is further ordered that Plaintiff's hostile work environment claim will proceed.

2    It is further ordered that, if Plaintiff chooses to file an amended complaint curing

3    the deficiencies with his discrimination claim identified in the R&R, he must file that

4    amended complaint within 30 days. Because an amended complaint supersedes an

5    original complaint, he must also include a plausibly alleged hostile work environment

6    claim (just like the one in his original complaint) in any amended complaint he files.

7    It is further ordered that, if Plaintiff does not file an amended complaint within 30

8    days, this case will proceed on Plaintiff's hostile work environment claim only.

9    It is further ordered that Plaintiff's motion for leave to file an amended complaint

10    (ECF No. 7) is denied without prejudice and as specified herein.

11    DATED THIS 2nd Day of January 2025.

12

13

14    _____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3