UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSE NUNEZ-GONZALEZ,<br><br>        Plaintiff,<br> v.<br><br>CLICK BOND, INC.,<br><br>        Defendants. | Case No. 3:24-cv-00531-MMD-CLB<br><br>ORDER |

  Pro se Plaintiff Jose Nunez-Gonzalez sued his former employer, Defendant Click Bond, Inc., for discrimination and a hostile work environment in violation of federal law. (ECF No. 3-1.) The Court granted Plaintiff leave to file an amended complaint (ECF Nos. 5, 8), and he did (ECF No. 10 ("FAC")). Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla Baldwin (ECF No. 11), screening the FAC and recommending that the Court dismiss it without prejudice and with leave to amend within another 30 days. To date, no objections to the R&R have been filed. For this reason, and as further explained below, the Court will adopt the R&R in full.

  Because there is no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations." (emphasis in original)). Judge Baldwin explains that Plaintiff's proposed FAC is too unclear to understand and does not comply with the Federal Rules of Civil Procedure. (ECF No. 11 at 3-4.) She accordingly recommends that the Court dismiss it without prejudice and give Plaintiff another 30 days to file a proposed SAC. (*Id.* at 4-5.) Having reviewed the R&R, Judge Baldwin did not clearly err.

///

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 11) is accepted and adopted in full.

It is further ordered that Plaintiff's FAC (ECF No. 10) is dismissed, in its entirety, without prejudice.

It is further ordered that, if Plaintiff chooses to file a second amended complaint curing the deficiencies of his FAC as outlined in the R&R, Plaintiff must file that second amended complaint within 30 days from the date of entry of this order.

It is further ordered that, if Plaintiff does not timely file a second amended complaint in line with this order, the Court may dismiss this case with prejudice and without any further advance warning to Plaintiff.

DATED THIS 10th Day of February 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE